UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CRAIG L. JOHNSON,

                                Plaintiff,

    -v-                                          9:18-CV-96
                                                      (DNH/DEP)

DR. LAWRENCE FEIN, formerly known as Dr.
Fien; LISA MCINERNEY, Nurse, formerly known
as Nurse McInerney; CATHERINE
PIENKOWSKI, formerly known as Nurse
Punkoski; and DR. JENNIFER KEEFER,
Saratoga County Jail,

                                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:

CRAIG L. JOHNSON
Plaintiff pro se
17-A-1173
Marcy Correctional Facility
P.O. Box 3600
Marcy, NY 13403

THORN GERSHON TYMANN AND BONANNI, LLP    ERIN P. MEAD, ESQ.
Attorneys for Defendant Dr. Lawrence Fein               MATTHEW H. MCNAMARA, ESQ.
5 Wembley Court
P.O. Box 15054
Albany, NY 12205


DAVID N. HURD
United States District Judge

## DECISION and ORDER

     Pro se plaintiff Craig L. Johnson brought this civil rights action pursuant to 42 U.S.C.

§ 1983. On March 25, 2019, the Honorable David E. Peebles, United States Magistrate

Judge, advised by Report-Recommendation that defendant Dr. Lawrence Fein's motion for summary judgment be granted and that all claims against him be dismissed. Plaintiff timely filed objections to the Report-Recommendation.

Based upon a de novo review of the portions of the Report-Recommendation to which plaintiff objected, the Report-Recommendation is accepted and adopted in all respects. See 28 U.S.C. § 636(b)(1).

Therefore, it is

ORDERED that

1. Defendant Dr. Lawrence Fein's motion for summary judgment is GRANTED; and

2. The second amended complaint is DISMISSED as against defendant Dr. Lawrence Fein.

IT IS SO ORDERED.

_____
United States District Judge

Dated: April 26, 2019
      Utica, New York.